**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Maria FELIX–VILLALOBOS,**
**a.k.a. Jose Maria Felix,**
**Defendant–Appellant.**

**No. 13–10632.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 22, 2015.*

Filed April 27, 2015.

Peter Davis Sax, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Saul M. Huerta, Tucson, AZ, for Defendant–Appellant.

Before: GOODWIN, BYBEE, and CHRISTEN, Circuit Judges.

## MEMORANDUM **

Jose Maria Felix–Villalobos appeals from the district court's judgment and

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

challenges the 48–month sentence imposed following his guilty-plea conviction for reentry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Felix–Villalobos contends that his sentence should not have exceed two years because the fact of the prior conviction that subjected him to enhanced penalties under section 1326(b) was neither alleged in the indictment nor proven beyond a reasonable doubt. As Felix–Villalobos acknowledges, we are bound by *Almendarez–Torres v. United States*, 523 U.S. 224, 239–47, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), in which the Supreme Court rejected this argument.

**AFFIRMED.**

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.